KEMNITZER, BARRON & KRIEG, LLP
KRISTIN KEMNITZER      Bar No. 278946
ADAM J. MCNEILE        Bar No. 280296
MALACHI HASWELL        Bar No. 307729
KATHERINE SASS         Bar No. 326185
1120 Mar West St., Ste C2
Tiburon, CA 94920
Telephone: (415) 632-1900
Facsimile: (415) 632-1901
adam@kbklegal.com
kristin@kbklegal.com
kai@kbklegal.com
katie@kbklegal.com

Attorneys for Plaintiff AURORA GARCIA-BORJON

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AURORA GARCIA-BORJON,

                Plaintiff,

    vs.

EVERBRIGHT, LLC,

                Defendant.
_____/

**Case No. 1:24-cv-01537-KES-BAM**

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO DISMISS ACTION**

Pursuant to Local Rule 144, Plaintiff Aurora Garcia-Borjon ("Plaintiff") and Defendant EverBright, LLC ("Defendant" together with Plaintiff, the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate and seek an Order extending time to dismiss this action as follows:

WHEREAS, on June 12, 2025, the Court issued a Minute Order signed by Magistrate Judge Barbara A. McAuliffe (ECF No. 27) which, among other things, scheduled a deadline of July 2, 2025 for the parties to file appropriate papers to dismiss or conclude this action in its entirety;

WHEREAS, the Parties executed a Settlement Agreement and Release on June 18,

1

1   2025;

2        WHEREAS, the terms of settlement require a payment by Defendant to Plaintiff within

3   thirty (30) business days of the execution of the Settlement Agreement and Release, that

4   deadline being August 1, 2025;

5        WHEREAS, the terms of settlement further require Plaintiff to dismiss the action

6   within seven (7) days after receipt of Defendant's payment, that deadline being August 8,

7   2025;

8        WHEREAS, this is the first extension that the Parties have requested;

9        WHEREAS, the Parties agree and stipulate and request this Court to extend the

10  deadline to August 8, 2025 for the parties to file appropriate papers to dismiss or conclude this

11  action in its entirety;

12       WHEREAS, the requested extension is sought in good faith and not for the purposes of

13  delay or any other improper reason.

14  **IT IS SO STIPULATED.**

15  Dated: June 30, 2025                    KEMNITZER, BARRON & KRIEG, LLP

16

17                              By:    /s/ *Kristin Kemnitzer*
                                       KRISTIN KEMNITZER
18                                     Attorneys for Plaintiff Aurora Garcia-Borjon

19  Dated: June 30, 2025                    BALLARD SPAHR LLP

20

21                              By:    /s/ *Melanie J. Vartebedian*
                                       MELANIE J. VARTEBEDIAN
22                                     Attorneys for Plaintiff EverBright, LLC

23

24

25

26

27

28

1

**<u>ORDER</u>**

2          Pursuant to the foregoing Stipulation, and good cause appearing, IT IS SO ORDERED

3   that the Parties shall file appropriate papers to dismiss or conclude this action in its entirety not

4   later than August 8, 2025.

5

6   IT IS SO ORDERED.

7      Dated:   **July 1, 2025**                          /s/ *Barbara A. McAuliffe*

8                                                       UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28